FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

APR 02 2018

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KAY-KAY REALTY CORP., individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

CSC SERVICEWORKS, INC., a Delaware
corporation,

        Defendant.
-----------------------------------------------------------X

Civil Action No. 2:17-cv-07464-JMA-AKT

**STIPULATION OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41**

      Plaintiff Kay-Kay Realty Corp. ("Plaintiff") and Defendant CSC Serviceworks, Inc. ("CSC") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal *without prejudice* of individual claims against CSC and to the dismissal of the putative class's claims *without prejudice*. In support, the Parties state as follows:

      WHEREAS, on January 30, 2017, Plaintiff filed its putative class action complaint (dkt. 1);

      WHEREAS, since the Court entered the Order extending Defendant's deadline to answer or otherwise respond to the complaint to March 30, 2018, (dkt. 21), the Parties have continued to discuss the possibility of resolving the case on an individual basis and, in the event that litigation continues, to address possible pleading deficiencies to streamline further proceedings and avoid unnecessary motion practice;

      WHEREAS, so that the Parties may continue these discussions beyond the deadline to respond that is currently set, they submit the instant Stipulation dismissing the case without prejudice;

1

WHEREAS, Federal Rule of Civil Procedure 41(a) provides, in relevant part that; "the plaintiff may dismiss an action without a court order by filing: . . . (ii) a stipulation of dismissal signed by all parties who have appeared . . . ." Fed. R. Civ. P. 41(a)(1)(A)(ii).

WHEREAS, the Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1. Plaintiff Kay-Kay Realty Corp.'s individual claims against CSC ServiceWorks, Inc. in this action shall be dismissed *without prejudice*;

2. The claims of the putative class in this action shall be dismissed *without prejudice*;

3. The Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action.

IT IS SO STIPULATED.

**KAY-KAY REALTY CORP.**, individually and on behalf of all similarly situated individuals,

Dated: March 30, 2018

By: /s/ Benjamin H. Richman
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
Sydney M. Janzen
sjanzen@edelson.com
EDELSON PC
350 North LaSalle, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

2

                                              **CSC SERVICEWORKS, INC.,**

Dated: March 30, 2018                By: /s/William E. Vita
                                                         One of Defendant's Attorneys

                                               William E. Vita
                                               wvita@westermanllp.com
                                               WESTERMAN BALL EDERER MILLER ZUCKER &
                                               SHARFSTEIN, LLP
                                               1201 RXR Plaza
                                               Uniondale, New York 11556
                                               Tel: 516.622.9200
                                               Fax: 516.622.9212

Dated: March 30, 2018                By: /s/ Paul Williams
                                                         One of Defendant's Attorneys

                                               Paul Williams (*pro hac vice*)
                                               pwilliams@shb.com
                                               SHOOK, HARDY & BACON LLP
                                               1660 17th Street, Suite 450
                                               Denver, Colorado 80202
                                               Tel: 308.285.5300
                                               Fax: 308.285.5301

Case closed.
So Ordered.

4/2/18

S/ Joan M. Azrack